CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
JAN - 7 2014
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RICHARD A. WALLACE,<br>　　　Petitioner, | ) <br> ) <br> ) | Civil Action No. 7:13-cv-00363 |
| v. | ) <br> ) | **FINAL ORDER** |
| STAN YOUNG,<br>　　　Respondent. | ) <br> ) <br> ) | By: Hon. Jackson L. Kiser<br>　　　Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that Respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to counsel of record.

ENTER: This 7th day of January, 2014.

　　　　　　　　　　　　　　　　　　　　／s／ Jackson L. Kiser
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge